IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IMAD DOSKI, <br><br> Plaintiff, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES, ET AL. <br><br> Defendants. | No. 3:13-cv-00849 <br> Chief Judge Haynes |

### ORDER

Before the Court is Plaintiff's motion for voluntary dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). (Docket Entry No. 8).

This motion is **GRANTED** and the action is hereby **DISMISSED** without prejudice, each party to bear its own attorneys' fees and costs.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 30th day of September, 2013

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court