IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IMAD DOSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:13-cv-00849 |
| v. ) | Chief Judge Haynes |
| ) | |
| U.S. CITIZENSHIP AND IMMIGRATION ) | |
| SERVICES, ET AL. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Plaintiff's motion for voluntary dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). (Docket Entry No. 8).

This motion is **GRANTED** and the action is hereby **DISMISSED** without prejudice, each party to bear its own attorneys' fees and costs.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 30 day of September, 2013

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court